IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATIONAL WILDLIFE REFUGE ASSOCIATION,
et al.,

        Plaintiffs,

        v.                                         Case No. 3:21-cv-00096-wmc

RURAL UTILITIES SERVICE, et al.,

        Federal Defendants,

AMERICAN TRANSMISSION COMPANY, LLC.,

        Intervenor-Defendants.

NATIONAL WILDLIFE REFUGE ASSOCIATION,
et al.,

        Plaintiffs,

        v.                                         Case No. 3:21-cv-00306-wmc

ARMY CORPS OF ENGINEERS, et al.,

        Defendants.

## JOINT MOTION TO CONSOLIDATE

The parties in the above-captioned cases jointly move pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate *National Wildlife Refuge Association, et al. v. Rural Utilities Service, et al.*, Case No. 3:21-cv-00096-wmc, and *National Wildlife Refuge Association et al. v. Army Corps of Engineers et al.*, Case No. 3:21-cv-00306-wmc.  The grounds for this motion are set forth in the accompanying memorandum in support thereof.

Respectfully submitted June 3, 2021.

| Attorneys for Plaintiffs: | Attorneys for Federal Defendants: |
|---|---|
| /s/ Howard Learner<br>Howard A. Learner<br>Scott Strand<br>Rachel L. Granneman<br>Ann Jaworski<br>Environmental Law & Policy Center<br>35 East Wacker Drive, Suite 1600<br>Chicago, IL 60601<br>T: (312) 673-6500<br>F: (312) 795-3730<br>HLearner@elpc.org<br>SStrand@elpc.org<br>RGranneman@elpc.org<br>AJaworski@elpc.org<br><br>*Counsel for Plaintiffs National Wildlife Refuge Association, Driftless Area Land Conservancy, Wisconsin Wildlife Federation, and Defenders of Wildlife* | JEAN E. WILLIAMS<br>Acting Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br><br>/s/ Leslie Coleman<br>LESLIE COLEMAN (NY Atty. Reg. No. 5252788)<br>Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>999 18th St.<br>South Terrace, Suite 370<br>Denver, CO 80202<br>leslie.coleman@usdoj.gov \| (303) 844-1363<br><br>ANDREW A. SMITH (NM Bar 8341)<br>Senior Trial Attorney<br>U.S Department of Justice<br>Environment & Natural Resources Division<br>c/o United States Attorney's Office<br>201 Third Street, N.W., Suite 900<br>P.O. Box 607<br>Albuquerque, NM 87103<br>andrew.smith@usdoj.gov \| (505) 224-1468<br><br>*Attorneys for* NWRA v. RUS *Federal Defendants*<br><br>/s/ Miranda M. Jensen<br>MIRANDA M. JENSEN (DC Bar 1617421)<br>BENJAMIN CARLISLE (NY Bar #: 4734612)<br>JACOB D. ECKER (Texas Bar No. 24097643)<br>DEVON LEA FLANAGAN (DC Bar 1022195)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Ben Franklin Station |

        Washington, DC 20044
        miranda.jensen@usdoj.gov | (202) 598-3071
        benjamin.carlisle@usdoj.gov | (202) 514-9771
        jacob.ecker@usdoj.gov | (202) 305-0466
        devon.flanagan@usdoj.gov | (202) 305-0201

*Attorneys for* NWRA v. Corps *Federal Defendants*

Attorneys for Intervenor-Defendants:

*s/ Thomas C. Jensen*
Thomas C. Jensen
Edward A. Boling
Stacey Bosshardt
**PERKINS COIE LLP**
700 Thirteenth St. NW Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
Fax: (202) 654-6210
TJensen@perkinscoie.com
TedBoling@perkinscoie.com
SBosshardt@perkinscoie.com
*Attorneys for Intervenor-Defendants*
*American Transmission Company LLC by its corporate manager, ATC Management Inc.,*
*ITC Midwest LLC and*
*Dairyland Power Cooperative.*