UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, et al,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RURAL UTILITIES SERVICE, et al.<br><br>　　　　　Federal Defendants,<br><br>AMERICAN TRANSMISSION COMPANY, LLC, et al.<br><br>　　　　　Intervenor-Defendants. | No. 3:21-cv-00096-wmc |
| NATIONAL WILDLIFE REFUGE ASSOCIATION, et al,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　　Federal Defendants.<br><br>AMERICAN TRANSMISSION COMPANY, LLC, et al.<br><br>　　　　　Intervenor-Defendants. | No. 3:21-cv-000306-wmc |

**DECLARATION OF DAVID R. ZOPPO IN SUPPORT OF MOTION FOR STAY**

I, DAVID R. ZOPPO, declare as follows:

1.　　　I am an attorney duly licensed to practice law in the state of Wisconsin. I am a partner of the law firm of Perkins Coie LLP in Madison, WI and am representing American Transmission Company LLC, ATC Management Inc., ITC Midwest LLC, and Dairyland Power Cooperative.

1

2. I am familiar with the matter set forth herein and if called as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit A is a true and correct copy of a March 1, 2021 cover letter transmitting ITC Midwest LLC's Application for an Amended Right-of-Way for the Project to USFWS.

4. Attached hereto as Exhibit B is a true and correct copy of a July 29, 2021 letter from Justin Chasco, counsel for Dairyland Power Cooperative, to Sabrina Chandler, Refuge Manager for USFWS.

5. Attached hereto as Exhibit C is a true and correct copy of an August 3, 2021 letter from Sabrina Chandler, Refuge Manager for USFWS, to Justin Chasco, counsel for Dairyland Power Cooperative.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed within the United States this 11th day of August, 2021

s/ David R. Zoppo
David R. Zoppo

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, I electronically filed the forgoing document with the Clerk of Court using the Court's ECF system, which will serve the document on all counsel of record registered for electronic filing in the above-captioned proceeding.

Dated:  August 11, 2021

*/s/ Thomas C. Jensen*
Thomas C. Jensen