# EXHIBIT C

 

# United States Department of the Interior

FISH AND WILDLIFE SERVICE

Upper Mississippi River National Wildlife and Fish Refuge
102 Walnut Street, Suite 204
Winona, Minnesota 55987

August 3, 2021

Mr. Justin W. Chasco
Attorney At Law
Wheeler, Van Sickle & Anderson, S.C.
44 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703

Dear Mr. Chasco,

The U.S. Fish and Wildlife Service received your letter dated July 29, 2021, proposing an exchange of lands as an alternative to your clients' pending application for an amended right-of-way, and we discussed this proposal at our meeting last week. We agree that a land exchange is a potentially favorable alternative to the right-of-way permit, and we are committed to working with you toward timely review of this proposed land exchange. If approved, this proposed land exchange would make any further decision on your clients' pending application unnecessary and would obviate the need for the 2020 right-of-way permit. Based on the information currently available, we expect the process will take up to nine months.

If you have further questions, please contact me at 507-458-0144 or Deputy Realty Officer Bill Mulvaney at 612-713-5485.

Sincerely,

Sabrina Chandler
Refuge Manager