IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, et al., <br><br>    Plaintiffs, <br>    v. <br><br>RURAL UTILITIES SERVICE, et al., <br><br>    Federal Defendants, <br><br>AMERICAN TRANSMISSION COMPANY, LLC, et al., <br><br>    Intervenor-Defendants. | Case No. 3:21-cv-00096-wmc (lead) |
| NATIONAL WILDLIFE REFUGE ASSOCIATION, et al., <br><br>    Plaintiffs, <br>    v. <br><br>U.S. ARMY CORPS OF ENGINEERS, et al., <br><br>    Federal Defendants, <br><br>AMERICAN TRANSMISSION COMPANY, LLC, et al., <br><br>    Intervenor-Defendants. | Case No. 3:21-cv-00306-wmc (consol.) |

**NOTICE OF WITHDRAWAL OF U.S. FISH AND WILDLIFE SERVICE'S COMPATIBILITY DETERMINATION AND RIGHT-OF-WAY PERMIT**

Litigants have a duty "to bring to the federal tribunal's attention, without delay, facts that may raise a question of mootness," *Arizonans for Off. Eng. v. Arizona*, 520 U.S. 43, 68 (1997) (cleaned up). Accordingly, Federal Defendant U.S. Fish and Wildlife Service hereby provides notice that it has withdrawn its December 2019 Compatibility Determination and September 2020 Right-of-Way Permit, as described in Exhibit A to this Notice. The Compatibility Determination

1

and Right-of-Way Permit are the agency actions challenged in Count Two of the Complaint in Case No. 3:21-cv-00096-wmc (ECF No. 1).

| | |
|---|---|
| Dated: August 27, 2021 | Respectfully submitted, |
| | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division |
| | /s/ Leslie Coleman<br>LESLIE COLEMAN (NY Atty. Reg. No. 5252788)<br>ANDREW A. SMITH (NM Bar No. 8341)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>999 18th St.<br>South Terrace, Suite 370<br>Denver, CO 80202<br>leslie.coleman@usdoj.gov \| (303) 844-1363 |
| | *Attorneys for Federal Defendants in Case No. 3:21-cv-00096-wmc* |
| | BENJAMIN CARLISLE (NY Bar No. 4734612)<br>JACOB D. ECKER (TX Bar No. 24097643)<br>DEVON LEA FLANAGAN (DC Bar No. 1022195)<br>MIRANDA M. JENSEN (DC Bar No. 1617421)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20044<br>miranda.jensen@usdoj.gov \| (202) 598-3071<br>benjamin.carlisle@usdoj.gov \| (202) 514-9771<br>jacob.ecker@usdoj.gov \| (202) 305-0466<br>devon.flanagan@usdoj.gov \| (202) 305-0201 |
| | *Attorneys for Federal Defendants in Case No. 3:21-cv-00306-wmc* |