# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, et al.,<br>Plaintiffs,<br>v.<br>RURAL UTILITIES SERVICE, et al.,<br>Federal Defendants,<br>AMERICAN TRANSMISSION COMPANY, LLC, et al.,<br>Intervenor-Defendants. | No. 3:21-cv-00096-wmc<br><br>Consolidated with No. 3:21-cv-000306-wmc |
| NATIONAL WILDLIFE REFUGE ASSOCIATION, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br>Federal Defendants,<br>AMERICAN TRANSMISSION COMPANY, LLC, et al.,<br>Intervenor-Defendants. | |

## CO-OWNERS' NOTICE OF MOTION AND MOTION TO STAY JUDGMENT PENDING APPEAL

Pursuant to Fed. R. Civ. P. 7(b) and 62, American Transmission Company LLC by its corporate manager ATC Management Inc., ITC Midwest LLC, and Dairyland Power Cooperative (collectively, the "Co-owners") move this Court to stay pending appeal the final judgment it enters in the above-captioned proceeding following its Opinion and Order (*see* ECF No. 175) on the parties' cross motions for summary judgment. The grounds for this motion are set forth more fully in the Co-owners' Brief on Remedy and Brief in Support of Motion for Stay Pending Appeal, which is being filed concurrently herewith.

DATED: January 31, 2022                    Respectfully submitted,

*s/ Thomas C. Jensen*
Thomas C. Jensen
Edward A. Boling
Stacey Bosshardt
**PERKINS COIE LLP**
700 Thirteenth St. NW Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
Fax: (202) 654-6210
TJensen@perkinscoie.com
TedBoling@perkinscoie.com
SBosshardt@perkinscoie.com

David Zoppo
**PERKINS COIE LLP**
33 E. Main Street, Suite 201
Madisom, WI 53703
Tel: (608) 663-7460
Fax: (608) 663-7499
DZoppo@perkinscoie.com

*Attorneys for Intervenor-Defendants American Transmission Company LLC by its corporate manager, ATC Management Inc., ITC Midwest LLC and Dairyland Power Cooperative.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I electronically filed the forgoing document with the Clerk of Court using the Court's ECF system, which will serve the document on all counsel of record registered for electronic filing in the above-captioned proceeding.

Dated: January 31, 2022

*/s/ Thomas C. Jensen*
Thomas C. Jensen