# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, DRIFTLESS AREA LAND CONSERVANCY, WISCONSIN WILDLIFE FEDERATION, and DEFENDERS OF WILDLIFE <br><br> Plaintiffs, <br><br> v. <br><br> RURAL UTILITIES SERVICE, CHRISTOPHER MCLEAN, Acting Administrator, Rural Utilities Service, UNITED STATES FISH AND WILDLIFE SERVICE, CHARLES WOOLEY, Midwest Regional Director, and SABRINA CHANDLER, Manager, Upper Mississippi River National Wildlife and Fish Refuge, UNITED STATES ARMY CORPS OF ENGINEERS, LIEUTENANT GENERAL SCOTT A. SPELLMON, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers, COLONEL STEVEN SATTINGER, Commander and District Engineer, Rock Island District, U.S. Army Corps of Engineers, and COLONEL KARL JANSEN, Commander and District Engineer, St. Paul District, U.S. Army Corps of Engineers, <br><br> Defendants, <br><br> and <br><br> AMERICAN TRANSMISSION COMPANY, LLC, DAIRYLAND POWER COOPERATIVE, & ITC MIDWEST LLC, <br><br> Intervenors-Defendants. | Nos. 21-cv-00096-wmc & 21-cv-00306-wmc, <br><br> Consolidated |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs National Wildlife Refuge Association, Driftless Area Land Conservancy, Wisconsin Wildlife Federation, and Defenders of Wildlife hereby appeal to the United States Court of Appeals for the Seventh Circuit the United States District Court's March 1 Final Judgment, Dkt. 195 (as amended March 9, Dkt. 203), and the associated January 14, 2022 Opinion and Order on summary judgment, Dkt. 175 in the above-captioned proceedings. Subsequently, on March 4, 2022, the District Court issued a text-only order denying the Intervenor-Defendants' motion for stay pending appeal and discussing injunctive relief. Dkt. 201. Plaintiffs intend to appeal the Court's effective denial of requested injunctive relief for the claims on which it granted summary judgment to the Plaintiffs.

Respectfully submitted this 26th day of April, 2022.

*/s/ Howard A. Learner*
Howard A. Learner
Scott Strand
Ann Jaworski
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
T: (312) 673-6500
F: (312) 795-3730
HLearner@elpc.org
SStrand@elpc.org
AJaworski@elpc.org

*Counsel for Plaintiffs National Wildlife Refuge Association, Driftless Area Land Conservancy, Wisconsin Wildlife Federation, and Defenders of Wildlife*

*/s/ Robert M. Morgan*
Robert M. Morgan
*Admitted Pro Hac Vice*
National Wildlife Refuge Association
415 E. Cape Shores Dr.
Lewes, DE 19958-3109
T: (301) 466-8915
RMorgan@RefugeAssociation.org

*Counsel for Plaintiff National Wildlife Refuge Association*

**CERTIFICATE OF SERVICE**

     I certify that on April 26, 2022, I electronically filed the forgoing document with the Clerk of Court using the Court's ECF system, which will serve the document on all counsel of record registered for electronic filing in the above-captioned proceeding.

Dated: April 26, 2022

                                                            */s/ Howard A. Learner*  
                                                            Howard A. Learner